UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF LUKE M. LADUCER, by and through the Executor, DIANA DECOTEAU, BROOKLYN LADUCER, BETTY LADUCER, MELVIN LADUCER, and R. A. L., a minor, L. G. L., a minor, and P. A. L., a minor, by and through their next friend and guardian ad litem, PAULETTE SCHELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, COUNTY OF CASS, JESSE JAHNER, CASS COUNTY SHERIFF, KURT A. KACZANDER, D.O., NATHANIEL G. SWANSON, R.N., CAPTAIN ANDREW FROBIG, CONRAD BINSFIELD R.N., JOHN DOE, and 10 UNKNOWN NAMED DEFENDANTS, inclusive,<br><br>Defendants. | Case No. 3:22-CV-00208<br><br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT ESSENTIA HEALTH AND DEFENDANT NATHANIEL SWANSON WITH PREJUDICE AND WITHOUT COSTS OR DISBURSEMENTS** |

[¶1]   Plaintiffs and Defendant Essentia Health and Defendant Nathaniel Swanson (hereinafter "Essentia Defendants") have agreed that Plaintiffs' claims against the Essentia Defendants shall be dismissed from this action with prejudice and without an award of costs or disbursements to any party as a result of their dismissal. The other parties have no objection to the voluntary dismissal of the Essentia Defendants and execute the stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in order not to burden the Court with additional motion practice. Defendants Cass County, Cass County Sheriff Jesse Jahner, Captain Andrew Frobig, and Conrad Binsfeld, RN, do not waive any defenses or argument by executing the stipulation, including but not limited to the defense and argument that the parties

dismissed herein are liable or otherwise responsible for Plaintiffs' lawsuit claims and claimed damages.

Dated this  27th  day of February, 2024.

                          **JDP. PC**

BY:   */s/* Jeff Dominic Price
      Jeff Dominic Price #165534
      730 Arizona Avenue. Suite 200
      Santa Monica, CA  90401
      310-451-2222
      Email:   jdp@jdpfirm.com
      ATTORNEY FOR ESTATE OF LUKE M.
      LADUCER, BY AND THROUGH THE
      EXECUTOR, DIANA DECOTEAU,
      BROOKLYN LADUCER, BETTY LADUCER,
      MELVIN LADUCER, AND R. A. L., A MINOR,
      L. G. L., A MINOR, AND P. A. L., A MINOR,
      BY AND THROUGH THEIR NEXT FRIEND
      AND GUARDIAN AD LITEM, PAULETTE
      SCHELLER

Dated this 20th day of February, 2024.

                             **BAKKE GRINOLDS WIEDERHOLT**

BY:   Bradley N. Wiederholt (#06354)
        Grant T. Bakke (#09106)
        Special Assistant State's Attorneys for Cass County
        P.O. Box 4247
        Bismarck, ND 58502-4247
        (701) 751-8188
        Email:    bwiederholt@bgwattorneys.com
                      gbakke@bgwattorneys.com
        ATTORNEYS FOR DEFENDANTS COUNTY OF CASS; JESSE JAHNER, CASS COUNTY SHERIFF; CAPTAIN ANDREW FROBIG; AND CONRAD BINSFIELD, R.N.

Dated this __27th__ day of February, 2024.

                                        **VOGEL LAW FIRM**

                         */s/ Angela E. Lord*
BY:  Angela E. Lord (#05351)
       Briana L. Rummel (#08399)
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       701.237.6983
       Email:   alord@vogellaw.com
                      brummel@vogellaw.com
       ATTORNEYS FOR ESSENTIA HEALTH AND
       NATHANIEL G. SWANSON, RN

Dated this __27th__ day of February, 2024.

                              **SERKLAND LAW FIRM**

                              */s/ Peter W. Zuger*
BY:   Peter W. Zuger (#06282)
       10 Roberts Street North
       P.O. Box 6017
       Fargo, ND 58108-6017
       701-232-8957
       Email:   pzuger@serklandlaw.com

       ATTORNEYS FOR DEFENDANT KURT A.
       KACZANDER, D.O.