Jeff Dominic Price  JDP PC  |  SBN 165534
730 Arizona Avenue, Suite 200
Santa Monica, California 90401
jdp@jdpfirm.com
Tel. 310.451.2222

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ESTATE OF LUKE M. LADUCER et al., | No. 3:22-cv-00208-PDW-ARS |
| Plaintiffs, | STIPULATION TO DISMISS KURT KACZANDER, D.O. FRCP 41(a)(1)(A). |
| vs. | Date Filed:     12/02/2022 |
| ESSENTIA HEALTH et al., | Trial:              10/29/2024 |
| Defendants. | |

TO:  THE HONORABLE PETER D. WELTE AND THE HONORABLE ALICE R. SENECHAL, UNITED STATES MAGISTRATE JUDGE:

WHEREAS,

Plaintiffs and Defendant Kurt A. Kaczander, D.O. ("Dr. Kaczander") have agreed that Plaintiffs' claims against Dr. Kaczander shall be dismissed from this action without prejudice and without an award of costs or disbursements to any party as a result of his dismissal. The other parties have no objection to the voluntary dismissal of Dr. Kaczander and execute the stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in order not to burden the Court with additional motion practice. Defendants Cass County, Cass County Sheriff Jesse Jahner, Captain Andrew Frobig, and Conrad Binsfeld, RN, do not waive any defenses or argument by executing the stipulation, including but not limited to the defense and argument that the parties dismissed herein are liable or otherwise responsible for Plaintiffs' lawsuit claims and claimed damages.

Dated this __28th__ day of February, 2024.

**JDP. PC**

BY: /s/ Jeff Dominic Price
Jeff Dominic Price #165534
730 Arizona Avenue. Suite 200
Santa Monica, CA  90401
310-451-2222
Email:    jdp@jdpfirm.com
ATTORNEY FOR ESTATE OF LUKE M. LADUCER, BY AND THROUGH THE EXECUTOR, DIANA DECOTEAU, BROOKLYN LADUCER, BETTY LADUCER, MELVIN LADUCER, AND R. A. L., A MINOR, L. G. L., A MINOR, AND P. A. L., A MINOR, BY AND THROUGH THEIR NEXT FRIEND AND GUARDIAN AD LITEM, PAULETTE SCHELLER

Dated this 28th day of February, 2024.

**BAKKE GRINOLDS WIEDERHOLT**

BY: Bradley N. Wiederholt (#06354)
Grant T. Bakke (#09106)
Special Assistant State's Attorneys for Cass County
Attorneys for Cass County
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
Email:   bwiederholt@bgwattorneys.com
         gbakke@bgwattorneys.com
ATTORNEYS FOR DEFENDANTS COUNTY OF CASS; JESSE JAHNER, CASS COUNTY SHERIFF; CAPTAIN ANDREW FROBIG; AND CONRAD BINSFIELD, R.N.

Dated this __28th__ day of February, 2024.

**VOGEL LAW FIRM**

BY: */s/ Angela E. Lord*
     Angela E. Lord (#05351)
     Briana L. Rummel (#08399)
     218 NP Avenue
     PO Box 1389
     Fargo, ND  58107-1389
     701.237.6983
     Email:   alord@vogellaw.com
              brummel@vogellaw.com
     ATTORNEYS FOR ESSENTIA HEALTH AND
     NATHANIEL G. SWANSON, RN

4 — Stipulation to Dismiss Dr. Kurt Kaczander

Dated this __28th__ day of February, 2024.

**SERKLAND LAW FIRM**

*/s/ Peter W. Zuger*
BY:   Peter W. Zuger (#06282)
10 Roberts Street North
P.O. Box 6017
Fargo, ND 58108-6017
701-232-8957
Email:   pzuger@serklandlaw.com

ATTORNEYS FOR DEFENDANT KURT A. KACZANDER, D.O.

5—— Stipulation to Dismiss Dr. Kurt Kaczander