**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| Estate of Luke M. Laducer et al.., ) | |
| ) | |
| Plaintiffs, ) | **ORDER ADOPTING STIPULATION** |
| ) | **OF DISMISSAL** |
| vs. ) | |
| ) | Case No. 3:22-cv-208 |
| Essentia Health, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs and Defendants Essentia Health, Nathaniel G. Swanson, and Kurt A. Kaczander filed stipulations of dismissal. Doc. 98; Doc. 100. The Court **ADOPTS** the stipulations in their entirety (Doc. 98; Doc. 100) and **ORDERS** Essentia Health and Nathaniel G. Swanson dismissed as defendants from this action with prejudice and Kurt A. Kaczander dismissed as a defendant without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 29th day of February, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court