Jeff Dominic Price JDP PC  |  SBN 165534
1100 Glendon Avenue, Suite 1700
Los Angeles, California 90024
jdp@jdpfirm.com
T. 310.451.2222

Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ESTATE OF LUKE M. LADUCER, by and through the Executor, DIANA DECOTEAU, BROOKLYN LADUCER, BETTY LADUCER, MELVIN LADUCER, and R. A. L., a minor, L. G. L., a minor, and P. A. L., a minor, by and through their next friend and guardian ad litem, PAULETTE SCHELLER, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF CASS et al., <br><br> Defendants. | No. 3:22-cv-00208-PDW-ARS <br><br> RESPONSE TO ORDER, ECF NO. 133.. |

To:     The Honorable Alice R. Senechal and to the Defendants and their attorneys of record:

Plaintiffs' expert report by Edith Wright should not be marked Confidential. The Confidential marking should be removed. It has not been treated as being confidential and Defendants' counsel did not inquire as to its marking.

DATED: June 4, 2024

Jeff Dominic Price, JDP PC

By _____
Jeff Dominic Price, Esq.
Attorney for the Plaintiffs

---

1 — **Response to Order, ECF No. 133**