Jeff Dominic Price  |  SBN 165534
23465 Civic Center Way, No. 9
Malibu, California 90265
jdp@jdpfirm.com
Tel. 310-451-2222

Attorney for the plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ESTATE OF LUKE M. LADUCER et al., | No. 3:22-cv-00208-PDW-ARS |
| Plaintiffs, | NOTICE OF APPEAL |
| vs. | |
| ESSENTIA HEALTH et al., | |
| Defendants. | |

To:   The Clerk of the Court and to the Defendants and Their Attorneys of Record:

NOTICE is hereby given that the Plaintiffs, appellants, hereby appeal to the United States Court of Appeals for the Eighth Circuit.

This case was filed on 12/02/2022. The date of the judgment or order plaintiffs are appealing from is: 09/10/2024 and 10/21/2024.

The docket entry number of the judgment and order plaintiffs are appealing from is: 158, 159, and 160.

Plaintiffs appeal from the entirety of the order, ECF No. 158, entered 09/10/2024, granting summary judgment etc. Plaintiffs also appeal from the order granting the Defendants' motion for summary judgment and the order denying plaintiffs' motion for summary judgment, ECF No. 159, and from the judgment, ECF No. 160, both entered 10/21/2024.

DATED: October  23 , 2024          JDP PC. Jeff Dominic Price

                                   By  _____
                                       Jeff Dominic Price, Esq.
                                       Attorney for Plaintiffs

1 - NOTICE OF APPEAL

Proof of Service

I, Jeff Price, declare that I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 23465 Civic Center Way, Malibu, California 90265-5581.

On Octobe 23, 2024, I served the foregoing documents, described as NOTICE OF APPEAL [*Estate of Laducer et al. v. Essentia Health et al.*, 3:22-cv-00208-PDW-ARS] on counsel for the interested parties in this action:

☐ by transmitting a true copy thereof/placing a true copy thereof enclosed in a sealed envelope addressed to:

*See* Attachment

☐ by overnight delivery on January __, 2024, and

☒ by FRCP 5(b)(2)(E) electronic service by consent on October 23, 2024, as follows: I delivered such document by email to the attorneys for the following parties: See Attachment.

Executed on October 23, 2024, at Santa Monica, California.

☒ I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeff Dominic Price
J. PRICE

---

**Attachment**

BRADLEY N. WEIDERHOLT
GRANT T. BAKKE
Bakke Grinolds Wiederholt
300 West Century Ave.
Bismark, ND 58502-4247
bwiederholt@bgwattorneys.com

Attorneys for Defendants

2 - NOTICE OF APPEAL