Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

The Estate of Luke M. Laducer, et al.,

        Plaintiffs,

v.

Cass County, et al.,

        Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No.   3:22-cv-208

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated October 21, 2024, (Doc. 159), Defendants' motion for summary judgment (Doc. 118) is GRANTED, and the Estate's motion for summary judgment (Doc. 129) is DENIED.

Pursuant to the Order dated January 16, 2025, (Doc. 171), it is ORDERED Cass County defendants' motion for a bill of costs, (Doc. 164), is GRANTED IN PART and DENIED IN PART. Costs to be taxed include $13,910.12 for deposition transcripts, expert witness deposition charges in the amount of $160.00, and $786.75 for costs related to obtaining Laducer's medical, employment, and child support records, for a total of $14,856.87.

Date: January 17, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Pamela Bloomquist, Deputy Clerk*